## CORBIN v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 31, September Term, 1960.]

*Decided November 15, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

For the reasons stated by Judge Harlan for denying relief
in his opinion filed in the Criminal Court of Baltimore, appli-
cation for leave to appeal is denied.

*Application denied.*